1    MARK A. SAMUELS (SB #107026)
     (msamuels@omm.com)
2    O'MELVENY & MYERS LLP
     400 South Hope Street, #1500
3    Los Angeles, California  90071-2899
     Telephone: (213) 430-6000
4    Facsimile:  (213) 430-6407

5    PAUL H. BERGHOFF (admitted *pro hac vice*)
     (berghoff@mbhb.com)
6    PAUL S. TULLY, PhD (admitted *pro hac vice*)
     (tully@mbhb.com)
7    PAULA FRITSCH, PhD (admitted *pro hac vice*)
     (fritsch@mbhb.com)
8    MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
     300 S. Wacker
9    Chicago, Illinois 60606
     Telephone: (312) 913-0001
10   Facsimile:  (312) 913-0002

11   *Attorneys for Intervenor sanofi-aventis U.S. LLC*

12

13                **UNITED STATES DISTRICT COURT**

14               **CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 15   SAFETY SYRINGES, INC., | ) | No. CV 07-02307 FMC (PLAx) |
| 16       a Delaware corporation, | ) | |
| 17         Plaintiff, | ) | HON. FLORENCE-MARIE COOPER |
| 18 | ) | |
| 19        v. | ) | |
| 20 | ) | ORDER ENTERING |
| 21   PLASTEF INVESTISSEMENTS, | ) | REVISED STIPULATED |
|       a corporation of France, | ) | PROTECTIVE ORDER |
| 22 | ) | |
| 23        Defendant. | ) | **NOTE CHANGES MADE** |
| 24 | ) | **BY THE COURT** |
|   and RELATED COUNTERCLAIMS. | ) | |
| 25 | ) | |

26

27

28

1
2
3
4

        The Court has considered the Proposed Revised Stipulated Protective Order submitted by the parties on December 12, 2008, and hereby ORDERS entry of the Revised Proposed Stipulated Protective Order.

5   IT IS SO ORDERED.
6

7   DATED:  December 15, 2008        _____/ S /_____
8                                                     Hon. Paul L. Abrams
                                                      UNITED STATES MAGISTRATE JUDGE
9

10  Presented by:
11

12  MARK A. SAMUELS
          O'MELVENY & MYERS LLP
13

14  PAUL H. BERGHOFF
    PAUL S. TULLY
15  PAULA FRITSCH
          McDONNELL BOEHNEN
16            HULBERT & BERGHOFF LLP
17

18  By:__s/Paula S. Fritsch_____
          Paula S. Fritsch
19        Attorney for Intervenor
          sanofi-aventis U.S. LLC _____
20

21
22
23
24
25
26
27
28