JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFETY SYRINGES, INC., <br><br>　　　　Plaintiff, <br><br>v. <br><br>PLASTEF INVESTISSEMENTS, <br><br>　　　　Defendant, <br><br>and <br><br>SANOFI-AVENTIS U.S. LLC, <br><br>　　　　Intervenor. | **CASE NO. CV 07-02307-JHN (PLAx)** <br><br> **HON. JACQUELINE H. NGUYEN** <br><br> **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> **Pre-Trial Conf: August 23, 2010** <br> **Trial Date:　September 14, 2010** |

# ORDER

The Court has considered the Parties' Joint Stipulation for Dismissal with Prejudice and hereby ORDERS that Plastef is permanently enjoined from making, using, importing, selling, or offering to sell the ERIS® device in the United States and that all remaining claims are dismissed with prejudice, without costs to any party.

**IT IS SO ORDERED.**

Dated:  August 09, 2010

_____
**Honorable Jacqueline H. Nguyen**
**UNITED STATES DISTRICT COURT JUDGE**

Presented by:

**MORRIS POLICH & PURDY LLP**

By: _____/S/_____
         Donald L. Ridge

Paul H. Berghoff
James M. McCarthy
Anthoula Pomrening
Paula S. Fritsch, PhD
**McDONNELL BOEHNEN HULBERT & BERGHOFF LLP**

*Attorneys for Defendant Plastef Investissements and Intervenor sanofi-aventis U.S. LLC*